UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JACKSON,

      Plaintiff,

                          Case No. 1:25-cv-156

v.

                          HONORABLE PAUL L. MALONEY

TRINITY HEALTH GRAND RAPIDS,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on February 11, 2025. Defendant filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 23, 2026, recommending that this Court dismiss the complaint for lack of subject matter jurisdiction and deny the motion to dismiss. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the complaint (ECF No. 1) is DISMISSED.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 20) is DENIED without prejudice.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated:  February 18, 2026                     /s/  Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge