UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JACKSON,

      Plaintiff,

                              Case No. 1:25-cv-156

v.

                              HONORABLE PAUL L. MALONEY

TRINITY HEALTH GRAND RAPIDS,

      Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  February 18, 2026                /s/  Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge